United States District Court

Eastern District of California

Mark McGuire,

       Plaintiff,

vs.

C. Tollen, et al.,

       Defendants.

No. Civ. S 04-1465 FCD PAN P

Order

-oOo-

Plaintiff is a state prisoner without counsel seeking to commence a civil rights action. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

The complaint states cognizable claims for relief against defendants Tollen, Mineau, Vickrey and Norman pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1. Service is appropriate for defendants Tollen, Mineau, Vickrey and Norman.

1    2.   The Clerk of the Court shall send plaintiff four USM-285
2 forms, one summons, an instruction sheet and one copy of the
3 April 27, 2005, pleading.
4    3.   Within 30 days from service of this order, plaintiff
5 shall complete the attached Notice of Submission of Documents and
6 submit it to the court with the completed summons and USM-285
7 forms and five copies of the April 27, 2005, pleading.
8    4.   Upon receipt of the necessary materials, the court will
9 direct the United States Marshal to serve defendants Tollen,
10 Mineau, Vickrey and Norman pursuant to Federal Rule of Civil
11 Procedure 4 without payment of costs.
12    Dated:  January 5, 2006.

                                    /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge

United States District Court

Eastern District of California

Mark McGuire,

        Plaintiff,           No. Civ. S 04-1465 FCD PAN P

   vs.                      Notice of Submission of Documents

C. Tollen, et al.,

        Defendants.

-oOo-

   Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_ completed summons form

      \_\_\_\_ completed forms USM-285

      \_\_\_\_ copies of the _____
                                Amended Complaint

Dated: _____

                                _____
                                Plaintiff