IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARK MCGUIRE,** | 2:04-cv-1465 FCD PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **C. TOLLEN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 30 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before May 1, 2006.

Dated: April 7, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/mcgu1465.ext

[Proposed] Order Granting Defendants' First Request for an Extension of Time

1