IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK MCGUIRE, <br><br> Plaintiff, <br><br> v. <br><br> C. TOLLEN, et al., <br><br> Defendants. | 2:04-cv-1465 FCD PAN (JFM) P <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR FILING OF PHOTO ALBUM AND PHOTOGRAPHS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

On September 8, 2006, defendants filed a motion for permission to file a photo album and photographs in support of defendants' motion for summary judgment, pursuant to Local Rule 5-133(b). Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that pursuant to Local Rule 5-133(b) the Clerk is directed to accept for filing a photo album and photographs as exhibits to defendants' statement of Undisputed Facts in Support of Motion for Summary Judgment.

Dated: September 28, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

14mcgu1465.o

1